State v. K. P.†     2017AP000612, 2017AP000613     07–11–2017     Affirmed

† Petition to review filed.